# EXHIBIT 3

| | |
|---|---|
| From: | mark |
| To: | Brad Lockwood; Pundlik Gavas; Amit Bansal; Pundlik Gavas |
| Cc: | Tanvir Ali; Gigi Ren; Ryan Yue; David Susanto; sethuram.cg@thirumalaichemicals.com; ramya.b@bizdev.thirumalaichemicals.com; nambirajan.n@thirumalaichemicals.com; Brian Morris; Arjun Chopra; Guy Demetriadi |
| Subject: | RE: Orthoxylene Procurement |
| Date: | Tuesday, March 04, 2014 3:21:10 AM |

Dear Brad,

No I am not confused. We have not yet bought the OX. We mentioned that we will be able to accept the offer subject to all conditions being met.

We thank you for agreeing to our request on credit terms, bearing the cost of LC (though we wanted open terms).

However for opening of LC we require firm dates (periods) of shipment and from where the parcel will be shipped.

In the absence of this information from you we have planned our requirements for March, April and May.

Even then, we once again requested you to indicate the place of shipment and period of shipment so that we can request our bankers for the LC. This has not come till today.

Kindly do not use a legal language as we are interested in starting a business association with your organization.

Thanks,
Mark


**From:** Brad Lockwood [mailto:Lockwoodb@triconenergy.com]
**Sent:** 27 February 2014 21:24
**To:** mark; Pundlik Gavas; Amit Bansal; Pundlik Gavas
**Cc:** Tanvir Ali; Gigi Ren; Ryan Yue; David Susanto; sethuram.cg@thirumalaichemicals.com; ramya.b@bizdev.thirumalaichemicals.com; nambirajan.n@thirumalaichemicals.com; Brian Morris; Arjun Chopra; Guy Demetriadi
**Subject:** RE: Orthoxylene Procurement
**Importance:** High

Mark,

I'm afraid you are confused. You have bought 3000 MT +/- 5% of orthoxylene based on your purchase specifications. You have agreed to pay $1405/MT with 90 day payment terms. We have agreed to changing the delivery period to April arrival. We have agreed to cover the 1% per quarter cost of you issuing a letter of credit.

THI 0000151