# EXHIBIT 4

**ANNEXURE 26**

From: Brad Lockwood [mailto:Lockwoodb@triconenergy.com]
Sent: 22 January 2014 23:11   1/22/14   11:41 a.m
To: mark
Cc: Guy Demetriadi; Brian Morris; Sergio Marazita
Subject: RE: Orthoxylene

Mark,

I spoke with Brian Morris (our CFO), and he said that one important detail on knowing what we could do together on the finance side would be for you to give me the name of the bank/branch that you would use to issue the letter of credit. Please let me know so we can check the bank with ours.

Also, the 1% for LC cost and the 12% on cost of capital are both per annum, correct?

Thank you,
Brad Lockwood

THI 0000066