# EXHIBIT 5

**ANNEXURE 29**

From: Brad Lockwood [mailto:Lockwoodb@triconenergy.com]
Sent: 31 January 2014 09:53   1/30/14  10:23 p.m
To: mark
Cc: David Susanto; Brian Morris; Sergio Marazita; Tanvir Ali; Omer Ibrahim; Ryan Yue
Subject: RE: Orthoxylene

Mark,

Hello. I have been speaking with Amit Bansal, and he said that the two of you have discussed the lc opening cost of 1% per quarter. Normally, this cost is absorbed by the buyer if they are not approved for open account. However, since this is our first deal, I already told you that I would be willing to cover the cost of opening the lc on this transaction. While my credit team is still working on getting credit insurance to get open account, I think it is best to move forward as if this will be a lc based transaction.

So, Amit will work with you to get our lc opening instructions to your colleagues, and then we will be working to nominate a ship soon for your approval. If you have any questions, please let me know. Otherwise, I hope that you have a great weekend.

Thank you,
Brad Lockwood
Tricon Energy

THI 0000069