# EXHIBIT 6

**From:** mark [mailto:mark.vijay@thirumalaichemicals.com]
**Sent:** 16 January 2014 17:15
**To:** sethuram.cg@thirumalaichemicals.com; ramya.b@bizdev.thirumalaichemicals.com; nambirajan.n@thirumalaichemicals.com
**Subject:** Spam : FW: Orthoxylene into India: Offer from Tricon

Dear Sir,

Tricon is offering at 1420 Chennai for Feb, Mar loading -- $40 more
than present platts SEA. Per our prediction model OX should be b/w 1396 to 1451 in Feb-March (after the dip in Jan).

Tricon has a 3000 MT per month off-take agreement with Total Gonfroville for 2014.. the material could likely be from Total.. will confirm tonight. Total is unable to quote directly –
can quote only in March, only if material is avbl -- presently there is an avblity problem due to strike.

Tricon also has a contract with PTT Thailand and supplies into China from EU and RIL. They've supplied to IG earlier. He says the quality meets our spec -- have asked for it.

The spot market probably works on fixed price, rather than platts as I'm beginning
to understand.

These apart: When I spoke last night, found him rather honest/ straight-forward, as opposed to Mitsui -- where I am never quite sure..

Have explained to him about low flash restriction at Chennai port – they will likely unload their main cargo (PX for RIL?) at Mumbai and bring the ship to Chennai. Shall I indicate that demurrage will not be bearable by TCL, and also bid at 1380 - 1400 when I talk tonight -- since PX also has been falling.

Regards,

Mark

THI 0000193