# EXHIBIT 7

**From:** Sethuram C G [sethuram.cg@thirumalaichemicals.com]
**Sent:** Thursday, January 16, 2014 5:49 PM
**To:** 'mark'; ramya.b@bizdev.thirumalaichemicals.com; nambirajan.n@thirumalaichemicals.com
**Subject:** Orthoxylene into India: Offer from Tricon

Mark

To the Chennai berth, the cargo has to come without PX.

My guess will be that OX will remain at 1370-1380 level in Feb and March.
Thus buying at 1420 is OK.
Try negotiation at 1400.
Shipment in Feb beginning possible?
Please let us know after you talk.
Please take a 24 hour window to revert to him.
All the best.

**C G Sethuram**
**+91-98400-09991**