# EXHIBIT 8

**From:** mark [mailto:mark.vijay@thirumalaichemicals.com]
**Sent:** Thursday, January 16, 2014 8:45 PM
**To:** 'Sethuram C G'; 'ramya.b@bizdev.thirumalaichemicals.com'; 'nambirajan.n@thirumalaichemicals.com'
**Subject:** RE: Orthoxylene into India: Offer from Tricon

He will revise the validity till tomorrow – says, full 24 hrs may not be possible (FYI, the platts quote comes around 3.30 pm).

The parcel would likely be from France, price would be around 1400 levels @ 3000 MT. They usually transact at CFR China (presently $55 above SEA) and difficult to transact much below. SEA is actually quite an illiquid quote, which I agree -- we may eventually have to move to CFR China basis, even with RIL and consequently our contract customers (will mail more on that, implications, later). Ma'am, any idea if IG buys from RIL on SEA basis or China basis?

Have made clear that the cargo should not have PX. Seems there has been a deal at 1420 made into India recently. The loading would be first week Feb, arrival should be by March (he'll confirm regarding transit time).

We can avoid LC charges, if we are approved by their credit department. They can accept on open credit terms – but for this we may have to submit certain financial information to their credit dept, for them to approve.

However I believe opening an LC for the imports could give us the option to extend the credit upto 6 months, 1 year at a significantly lower interest rate. Nambi Sir, pl. advise.

Will mail you once I receive the revised offer.

Thanks,

Mark

THI 0000199