# EXHIBIT 9

-----Original Message-----

From: mark [mailto:mark.vijay@thirumalaichemicals.com]

Sent: 16 January 2014 21:27

To: 'Sethuram C G'; ramya.b@bizdev.thirumalaichemicals.com;

nambirajan.n@thirumalaichemicals.com

Subject: Spam : FW: Orthoxylene into India


Dear Sir,

The offer is at 1405.

He mentioned on call that the vol. would be close to 3000 MT levels.

Concern: The loading window is very large: Feb 1 - 28th. Not sure when exactly

can we expect it at Chennai.. Have asked for clarification on that.


Thanks,

Mark