# EXHIBIT 10

------Original Message------

From: Sethuram C G

To: 'mark'

To: ramya.b@bizdev.thirumalaichemicals.com

To: nambirajan.n@thirumalaichemicals.com

Subject: RE: Spam : FW: Orthoxylene into India

Sent: Jan 17, 2014 12:54 AM

All

Can we close it at 1405?

Even when we take with Feb shipment of RII it will be the same window more or less.

C G Sethuram

+91-98400-09991

THI 0000201