# EXHIBIT 11

-----Original Message-----
From: mark [mailto:mark.vijay@thirumalaichemicals.com]
Sent: Friday, January 17, 2014 8:13 AM
To: 'Ramya Bharathram'; 'Sethuram C G'; 'nambirajan.n@thirumalaichemicals.com'
Subject: RE: Spam : FW: Orthoxylene into India

Thanks All. The estimated loading eta in France is Feb 5 - 10. If the ship sails directly to Chennai would take 24 days. So material would reach H1 March.

Will co-ordinate with Tricon to work out the fastest way to reach Chennai -- depending on other cargoes they may be carrying, and the restrictions at Chennai port.

Reg. open credit, will let you know once I know the info required by their Houston office.

Will confirm our acceptance via email.

Thank you,
Mark

**THI 0000206**