# EXHIBIT 13

From:   Sethuram C G [sethuram.cg@thirumalaichemicals.com]

Sent:   Friday, January 17, 2014 5:11 PM

To:     'Mark'

Cc:     ramya.b@bizdev.thirumalaichemicals.com;

nambirajan.n@thirumalaichemicals.com

Subject:    Orthoxylene into India

Perfectly OK to ask Mark.

Never ever feel guilty of asking.

Hy not also ask 25 $ reduction?

After all we are in business to make profits.


C G Sethuram

+91-98400-09991

THI 0000208