# EXHIBIT 14

-----Original Message-----
From: Mark [mailto:mark.vijay@thirumalaichemicals.com]
Sent: Friday, January 17, 2014 5:16 PM
To: 'Sethuram C G'
Cc: 'ramya.b@bizdev.thirumalaichemicals.com'; 'nambirajan.n@thirumalaichemicals.com'
Subject: RE: Orthoxylene into India

Thank you for your encouragement, Sir. Will do.

Regards,
Mark

THI 0000209