# EXHIBIT 15

From: mark [mailto:mark.vijay@thirumalaichemicals.com]

Sent: 18 January 2014 08:15

To: 'Sethuram C G'; ramya.b@bizdev.thirumalaichemicals.com;

nambirajan.n@thirumalaichemicals.com

Subject: FW: Orthoxylene into India

Importance: High

Dear Sir,

Tricon accepts the 90 day terms, but is unwilling to offer any discount on the price.

Is there any way I can negotiate further regarding price? (I tried calling him twice and he didn't pick so I mailed)

Learning: Regardless of the expiry of the validity, maybe I should have stretched the confirmation to the evening after we receive the platts quote (although there could be a mild risk of losing parcel) or asked for 50% on fixed price and 50% as per movement of CFR China on platts.

Regards,

Mark