# **EXHIBIT 16**

From:   Sethuram C G [sethuram.cg@thirumalaichemicals.com]

Sent:   Saturday, January 18, 2014 1:58 PM

To:     'mark'; ramya.b@bizdev.thirumalaichemicals.com;

nambirajan.n@thirumalaichemicals.com

Subject:        RE: Orthoxylene into India


I think we can go ahead and confirm 1405 90 days.

RB and NNR: OK?


C G Sethuram

+91-98400-09991